# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INFORM INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE INC.; ALPHABET INC.; YOUTUBE, LLC; YOUTUBE, INC.; and JOHN DOES 1-100,<br><br>　　　Defendants. | Civil Action No. 1:19-cv-05362-JPB |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants hereby move to dismiss the claims asserted against them in Plaintiff Inform Inc.'s Complaint (ECF No. 1) under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In support of this Motion, Defendants file herewith their Memorandum in Support.

Dated: January 22, 2020

Respectfully submitted,

/s/ Eric P. Schroeder

BRYAN CAVE LEIGHTON PAISNER LLP
Eric P. Schroeder (Ga. Bar 629880)
Brian M. Underwood, Jr. (Ga. Bar 804091)
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone:   404-572-6600
Facsimile:   404-572-6999
eric.schroeder@bclplaw.com
brian.underwood@bclplaw.com

WILLIAMS & CONNOLLY LLP
John E. Schmidtlein*
Carol J. Pruski*
Kimberly Broecker*
*Pro hac vice applications pending
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
cpruski@wc.com
kbroecker@wc.com

*Counsel for Defendants Google LLC, Alphabet, Inc., and YouTube, LLC*

## Local Rule 7.1(D) Certification of Compliance

I hereby certify that the foregoing pleading has been prepared with Times New Roman font, 14 point, one of the font and point selections approved by the Court in L.R. 5.1, N.D. Ga.

This 22nd day of January, 2020.

>   */s/ Eric P. Schroeder*
>   Eric P. Schroeder
>   Ga. Bar 629880

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 22nd day of January, 2020.

>   */s/ Eric P. Schroeder*
>   Eric P. Schroeder
>   Ga. Bar 629880