IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| INFORM INC. |   |
|---|---|
| Plaintiff, |   |
| v. |   |
| GOOGLE LLC; GOOGLE INC.; ALPHABET INC.; YOUTUBE, LLC; YOUTUBE, INC.; and JOHN DOES 1-100 | Civil Action No. 1:19-cv-05362-JPB |
| Defendant. |   |

## ORDER

For good cause shown, it is hereby ORDERED that the Parties' Joint Motion for Extensions of Time and of Page Limits is GRANTED. The deadlines and page limits for the respective filings shall be as follows:

| Filing | Deadline | Page Limit |
|---|---|---|
| Defendants' Rule 12 Response to Doc. 35 | Friday, November 13, 2020 | 40 pages |
| Plaintiff's Response in Opposition to Defendants' Rule 12 Motion | Friday, December 18, 2020 | 40 pages |
| Defendants' Reply in Support of Rule 12 Motion | Friday, January 15, 2021 | 25 pages |

DONE and ORDERED this 20th day of October, 2020.

J. P. BOULEE
United States District Judge