# Exhibit  B



Desktop & Mobile Browser Market Share Worldwide
Jan 2009 - Dec 2019

◇ Chrome   ◇ IE   ◇ Firefox   ◇ Safari   ◇ Opera   ◇ UC Browser   ◇ Android   ◇ Samsung Internet   ◇ Nokia   — Other (dotted)

Edit Chart Data

| Chrome | Safari | Firefox | Samsung Internet | Edge | Opera |
|---|---|---|---|---|---|
| 64.25% | 18.47% | 3.89% | 3.59% | 3.1% | 2.16% |

Desktop & Mobile Browser Market Share Worldwide - November 2020